IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KATHRYN PHILLIPS AND<br>LESLIE PHILLIPS | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO._____ |
| UNITED PROPERTY & CASUALTY<br>INSURANCE COMPANY | §<br>§<br>§ | |

**NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, UNITED PROPERTY & CASUALTY INSURANCE COMPANY, Defendant herein, removes to this Court the state court action pending in the 61st Judicial District Court of Harris County, Texas, invoking the Court's diversity jurisdiction, on the grounds explained below.

### I.   BACKGROUND

1. On August 23, 2019, Plaintiffs KATHRYN PHILLIPS and LESLIE PHILLIPS (collectively, "Plaintiffs") filed the present action in the 61st Judicial District Court of Harris County, Texas, bearing Cause No. 2019-59258 (the "State Court Action") against Defendant UNITED PROPERTY & CASUALTY INSURANCE COMPANY ("UPC" or "Defendant"),. *See Plaintiffs' Original Petition and Request for Disclosure*, attached hereto in **Exhibit B**.

2. UPC, the sole Defendant in this action, was served notice of this lawsuit on August 29, 2019. *Id.* Pursuant to 28 U.S.C. § 1446(b)(3) this *Notice of Removal* has been timely filed by Defendant within thirty (30) days following receipt of service of process of the citation, *i.e.*, when the case first became removable.

1

3. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant in the State Court Action are incorporated herein under **Exhibit B**.

4. Pursuant to 28 U.S.C. § 1446(d), promptly after filing this *Notice of Removal*, Defendant will give written notice of the removal to Plaintiffs through their attorneys of record, and to the clerk of the 61st Judicial District Court of Harris County, Texas.

## II.   JURISDICTION

5. Removal of the State Court Action to this Court is proper pursuant to 28 U.S.C. §§ 1332 and 1441(a) and (b) because: (1) there is complete diversity between Plaintiffs and Defendant, and (2) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

**A.   COMPLETE DIVERSITY EXISTS BETWEEN PLAINTIFFS AND DEFENDANT**

6. Plaintiffs KATHRYN PHILLIPS and LESLIE PHILLIPS are domiciled in Harris County, Texas. In their *Original Petition*, Plaintiffs allege that they are individuals residing in Harris County, Texas[1]. Pursuant to 28 U.S.C. § 1332(a), Plaintiffs are citizens of the State of Texas.

7. Defendant UNITED PROPERTY & CASUALTY INSURANCE COMPANY is a foreign organization incorporated pursuant to the laws of the State of Florida and does not have its principle place of business in Texas. Pursuant to 28 U.S.C. § 1332(c)(1), Defendant is a citizen of the State of Florida.

8. Accordingly, there is complete diversity between the properly joined parties pursuant to 28 U.S.C. § 1332(a).

**B.   THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00**

9. *Plaintiffs' Original Petition and Request for Disclosure* states that "Plaintiffs seek

---

[1] *See Plaintiffs' Original Petition and Request for Disclosure*, **Exhibit B**, at p.. 2.

monetary relief over $200,000.00, but not more than $1,000.000.00."[2]  On its face, Plaintiffs' Petition shows their claims to be in excess of $75,000.00 excluding interest and costs.  Thus, the amount in controversy requirement for removal set forth in 28 U.S.C. § 1446(c)(2)(A)-(B) is satisfied.

### III.   VENUE

10.   Venue for removal is proper in this district and division because this district embraces the 61st Judicial District Court of Harris County, Texas, the forum in which the removed action was pending.

### IV.   EXHIBIT INDEX

**Exhibit A**   Index of Matters Being Filed;

**Exhibit B**   All executed process in this case, including copies of:
*Plaintiffs' Original Petition and Request for Disclosure, Citation for United Property & Casualty Insurance Company, Returned Service of Process on Defendant United Property & Casualty Insurance Company; Defendant United Property & Casualty Insurance Company's Original Answer to Plaintiff's Original Petition with Request for Disclosures and District Clerk's Docket Sheet.*

**Exhibit C**   List of all Counsel of Record:

**Exhibit D**   Civil Cover Sheet

### V.   CONCLUSION

11.   Removal of this action under 28 U.S.C. § 1441(a) is proper as the Court has original jurisdiction over the matter pursuant to 28 U.S.C. § 1332, and as all requirements for removal under 28 U.S.C. § 1446 have been met.

---

[2] *See Plaintiffs' Original Petition and Request for Disclosure*, **Exhibit B**,, at p. 10.

## VI. **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant UNITED PROPERTY & CASUALTY INSURANCE COMPANY respectfully prays that the state court action be removed and placed on this Court's docket for further proceedings as though it had originated in this Court, and that this Court issue all necessary orders. Defendant UNITED PROPERTY & CASUALTY INSURANCE COMPANY further requests any additional relief to which it may be justly entitled.

DATE: September 26, 2019.

        Respectfully submitted,

        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

    By: */s/ Sarah R. Smith*
        Sarah R. Smith
        *Attorney-In-Charge*
        Texas State Bar No. 24056346
        USDC-SD Texas No. 1196616
        Gene M. Baldonado
        Texas State Bar No. 24071065
        USDC-SD Texas No.1287996
        24 Greenway Plaza, Suite 1400
        Houston, Texas 77046
        Telephone: 713.659.6767
        Facsimile: 713.759.6830
        sarah.smith@lewisbrisbois.com
        gene.baldonado@lewisbrisbois.com

        ATTORNEYS FOR DEFENDANT
        UNITED PROPERTY & CASUALTY
        INSURANCE COMPANY

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all interested parties on September 26, 2019, via e-filing addressed to:

Shane McClelland                                    *Via Eservice*
THE LAW OFFICES OF SHANE MCCLELLAND
440 Cobia Dr., Suite 101
Katy, Texas 77494
Phone: (713) 987-7107
Fax: (832) 827-4207
shane@hmtrial.com

ATTORNEY FOR PLAINTIFFS
KATHRYN AND LESLIE PHILLIPS

*/s/ Sarah R. Smith*
Sarah R. Smith