# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| KATHRYN PHILLIPS AND LESLIE PHILLIPS | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:19-cv-03646 |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY | § § § | |

## NOTICE OF APPEARANCE OF GENE M. BALDONADO ON BEHALF OF DEFENDANT UNITED PROPERTY & CASUALTY INSURANCE COMPANY

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given to all Parties and the Court that the undersigned attorney, Gene M. Baldonado of Lewis Brisbois Bisgaard & Smith, LLP enters his appearance in the above-captioned action as additional counsel for Defendant UNITED PROPERTY & CASUALTY INSURANCE COMPANY, and respectfully requests service of pleadings and other papers filed in this action, and any orders and notices from this Court.

Dated: September 30, 2019

[Signature on next page]

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Gene M. Baldonado*
Sarah R. Smith
*Attorney-In-Charge*
Texas State Bar No. 24056346
USDC-SD Texas No. 1196616
Gene M. Baldonado
Texas State Bar No. 24071065
USDC-SD Texas No. 1287996
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: 713.659.6767
Facsimile: 713.759.6830
sarah.smith@lewisbrisbois.com
gene.baldonado@lewisbrisbois.com

ATTORNEYS FOR DEFENDANT
UNITED PROPERTY & CASUALTY
INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

       Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all interested parties on September 30, 2019, via e-filing addressed to:

Shane McClelland                              *Via Eservice*
THE LAW OFFICES OF SHANE MCCLELLAND
440 Cobia Dr., Suite 101
Katy, Texas 77494
Phone: (713) 987-7107
Fax: (832) 827-4207
shane@hmtrial.com

ATTORNEY FOR PLAINTIFFS
KATHRYN AND LESLIE PHILLIPS

                                                    */s/ Gene M. Baldonado*
                                                    Gene M. Baldonado