UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kathryn Phillips, et al. | § § | |
| *versus* | § § | Case Number: 4:19–cv–03646 |
| United Property & Casualty Insurance Company | § | |

# Notice of Reassignment

    Pursuant to Special Order No. 2019–4, this case is reassigned to the docket of United States District Judge Charles Eskridge. Deadlines in scheduling orders remain in effect, and all court settings are vacated.

Date: October 23, 2019

David J. Bradley, Clerk